Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 3

| Jining Huahui International Co., Ltd. | |
|---|---|
| Plaintiff, | S U M M O N S   Court No. 24-00111 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. Jining Huahui International Co., Ltd. is a foreign exporter, and interested party under 19 U.S.C. § 1677 (9)(A) and 1516a (f) (3), that participated in the underlying administrative review, and thus has standing under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(C).
   (Name and standing of plaintiff)

2. Plaintiff challenges aspects of the U.S. Department of Commerce's final decision in Fresh Garlic From the People's Republic of China: Final Results and Rescission of Antidumping Duty Administrative Review; 2021-2022; 89 Fed. Reg. 48,373 (Dep't of Commerce June 6, 2024)
   (Brief description of contested determination)

3. May 30, 2024
   (Date of determination)

4. June 6, 2024
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Irene H. Chen
Signature of Plaintiff's Attorney

July 1, 2024
Date

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Irene H. Chen
1945 Old Gallows Rd., Suite 260
Vienna, VA 22182
Tel (301) 760-7393
Email: ichen@vcllegal.com

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)