UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 7A

| |
|---|
| Jining Huahui International Co., Ltd. |
| Plaintiff, |
| v. |
| United States |
| Defendant. |

Court No. 24-cv-00111

NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: October 2, 2024

/s/ Irene H. Chen

Attorney for Plaintiff

1945 Old Gallows Road, Ste 260

Street Address

Vienna, VA  22182

City, State and Zip Code

(301) 760-7393

Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: October 2, 2024            Clerk, U. S. Court of International Trade

By: /s/ Steve Taronji
Deputy Clerk